United States District Court
Southern District of Texas
**ENTERED**
July 28, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| BENITO A. GARZA, § § | |
| Plaintiff, § § | |
| VS. § | CIVIL ACTION NO. 1:24-CV-159 |
| § | |
| U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE, § § § | |
| § | |
| Defendant. § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff Benito A. Garza filed suit seeking a declaratory judgment to prevent Defendant U.S. Bank Trust Company from foreclosing on his home. (Orig. Pet., Doc. 1–1, 4–8) U.S. Bank filed a Motion to Dismiss (Doc. 7), arguing that Garza failed to state a claim upon which relief can be granted.

A Magistrate Judge recommends that the motion to dismiss be granted and Garza's claims be dismissed with prejudice. (R&R, Doc. 12)  No party filed objections to the Report and Recommendation, and the Court finds no plain error within it.  *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(3).

As a result, the Court **ADOPTS** the Report and Recommendation (Doc. 12).  It is:

**ORDERED** that Plaintiff Benito A. Garza's Complaint (Doc. 1-1) is **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief be granted.

The Clerk of Court is directed to close this matter.

Signed on July 28, 2025.

_Fernando Rodriguez, Jr._
Fernando Rodriguez, Jr.
United States District Judge